**Tiffany NELSON, Appellant,**

v.

**HQT, INC., and Division of
Employment Security,
Respondents.**

**No. ED 94893.**

Missouri Court of Appeals,
Eastern District,
Division One.

Feb. 8, 2011.

Tiffany Nelson, St. Louis, MO, pro se.

Ninion S. Riley, Jefferson City, MO, for
respondents.

Before ROY L. RICHTER, C. J.,
KENNETH M. ROMINES, J., and JOHN
BERKEMEYER, Sp. J.

*ORDER*

PER CURIAM.

Tiffany Nelson ("Nelson") appeals the
Labor and Industrial Relations Commission's
("the Commission") determination
that she was disqualified from receiving
unemployment benefits because she was
discharged for misconduct connected with
her work. We have reviewed the briefs of
the parties and the record on appeal and
find no error of law. No jurisprudential
purpose would be served by a written
opinion. However, the parties have been
furnished with a memorandum for their
information only, setting forth the facts
and reasons for this order.

The judgment is affirmed pursuant to
Rule 84.16(b).